# *IN THE DISTRICT COURT OF THE UNITED STATES*

## *for the Western District of New York*

_____

|  |  |
|---|---|
|  | **July 2021 GRAND JURY** (Impaneled 07/30/2021) |
| **THE UNITED STATES OF AMERICA** | **INDICTMENT** |
| *-vs-* | **Violations:** Title 18, United States Code, Sections 1001(a)(2), 1015(a), and 1425(a) (4 Counts) |
| **MAMADOU GANDO BALDE** a/k/a Thierno O. Ba |  |

### COUNT 1

**(Attempted Unlawful Procurement of Naturalization)**

**The Grand Jury Charges That:**

On or about August 20, 2018, in the Western District of New York, and elsewhere, the defendant, MAMADOU GANDO BALDE a/k/a Thierno O. Ba, did knowingly attempt to procure, contrary to law, naturalization for himself, in that the defendant, in his Form N-400 Application for Naturalization, (1) omitted the name "Thierno O. Ba" in response to Part 2, Question 3 of said Form N-400, which read, "Other Names You Have Used Since Birth (include nicknames, aliases, and maiden name, if applicable)"; (2) responded "No" in response to Part 12, Question 31 of said Form N-400, which read, "Have you EVER given any U.S. Government officials any information or documentation that was false, fraudulent, or misleading?"; and (3) responded "No" in response to Part 12, Question 32 of said Form

N-400, which read, "Have you EVER lied to any U.S. Government officials to gain entry or admission into the United States or to gain immigration benefits while in the United States?"

**All in violation of Title 18, United States Code, Section 1425(a).**

## COUNT 2

**(False Statements in Naturalization Proceeding)**

**The Grand Jury Further Charges That:**

On or about August 20, 2018, in the Western District of New York, the defendant, MAMADOU GANDO BALDE a/k/a Thierno O. Ba, did knowingly make false statements under oath in a case, proceeding, and matter relating to naturalization, citizenship, and registry of aliens, that is, in his Form N-400 Application for Naturalization, the defendant (1) omitted the name "Thierno O. Ba" in response to Part 2, Question 3 of said Form N-400, which read, "Other Names You Have Used Since Birth (include nicknames, aliases, and maiden name, if applicable)"; (2) responded "No" in response to Part 12, Question 31 of said Form N-400, which read, "Have you EVER given any U.S. Government officials any information or documentation that was false, fraudulent, or misleading?"; and (3) responded "No" in response to Part 12, Question 32 of said Form N-400, which read, "Have you EVER lied to any U.S. Government officials to gain entry or admission into the United States or to gain immigration benefits while in the United States?", whereas in truth and in fact, and as the defendant then and there well knew, (1) the defendant had previously used the name "Thierno O. Ba"; (2) the defendant had given U.S. Government officials information and documentation that was false, fraudulent, and misleading regarding his identity; and (3) the

defendant had lied to U.S. Government officials about his identity to gain entry and admission into the United States and to gain immigration benefits while in the United States.

**All in violation of Title 18, United States Code, Section 1015(a).**

## COUNT 3

**(False Statement)**

**The Grand Jury Further Charges That:**

On or about August 24, 2021, in the Western District of New York, the defendant, MAMADOU GANDO BALDE a/k/a Thierno O. Ba, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation to an Immigration and Customs Enforcement, Homeland Security Investigations Special Agent, and an Immigration and Customs Enforcement, Homeland Security Investigations Task Force Officer, in that the defendant denied ever using the identity "Thierno Ba," whereas in truth and in fact, and as the defendant then and there well knew, the defendant had used the identity "Thierno Ba."

**All in violation of Title 18, United States Code, Section 1001(a)(2).**

## COUNT 4

**(False Statement)**

**The Grand Jury Further Charges That:**

On or about September 1, 2021, in the Western District of New York, the defendant, MAMADOU GANDO BALDE a/k/a Thierno O. Ba, in a matter within the jurisdiction of

3

the executive branch of the Government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation to an Immigration and Customs Enforcement, Homeland Security Investigations Special Agent, and an Immigration and Customs Enforcement, Homeland Security Investigations Task Force Officer, in that the defendant stated that he had only ever used his true name, Mamadou Gando Balde, to apply for immigration benefits, whereas in truth and in fact, and as the defendant then and there well knew, the defendant had used the name Thierno O. Ba to apply for immigration benefits.

**All in violation of Title 18, United States Code, Section 1001(a)(2).**

DATED:  Buffalo, New York, September 22, 2021.


JAMES P. KENNEDY, JR.
United States Attorney


BY:     S/JEFFREY T. FIUT
        Special Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York  14202
        716/843-5796
        Jeffrey.Fiut@usdoj.gov


A TRUE BILL:

S/FOREPERSON